DAYLE ELIESON
United States Attorney

MARK E. WOOLF
LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*
      *lindsy.roberts@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, | |
| Plaintiff, | Case No. 2:18-cv-00087-RFB-CWH |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| JAMES ANTHONY SMITH; MISTER JONATHAN JACKSON, III; ANDERSON MOORE, MALCO ENTERPRISES OF NEVADA, INC. | |
| Defendants. | |

Plaintiff Mid-Century Insurance Company and the United States of America[1], through their respective counsel, hereby stipulate to extend the time for the United States to file a responsive

---

[1] The United States filed a Notice of Substitution (ECF No. 3) pursuant to 28 U.S.C. § 2679(b)(1) and (d), which provides that suit against the United States, and not an individual, is the exclusive remedy for negligence claims against a government employee arising out of acts performed within the course and scope of employment.

pleading to **Friday, February 16, 2018.** The United States does not waive any defenses it may have, including those defenses listed in Fed. R. Civ. P. 12(b).

Respectfully submitted this 22nd day of January, 2018.

| Law Office of Lisa A. Taylor | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Lisa A. Taylor*<br>LISA A. TAYLOR.<br>5664 N. Rainbow Blvd.<br>Las Vegas Nevada 89130<br>*Attorney for Plaintiff* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**
**Dated:**  January 23, 2018