DAYLE ELIESON
United States Attorney

MARK E. WOOLF
LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*
       *lindsy.roberts@usdoj.gov*

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00087-RFB-CWH |
| v. | ) **STIPULATION FOR EXTENSION OF TIME** |
| JAMES ANTHONY SMITH; MISTER JONATHAN JACKSON, III; ANDERSON MOORE, MALCO ENTERPRISES OF NEVADA, INC. | ) **(Second Request)** |
| Defendants. | ) |

Plaintiff Mid-Century Insurance Company and the United States of America[1], through their respective counsel, hereby stipulate to extend the time for the United States to file a responsive pleading to **Monday, April 2, 2018**. The United States does not waive any defenses it may have, including those defenses listed in Fed. R. Civ. P. 12(b).

This is the parties' second request for an extension of time for the United States to file a responsive pleading. The stipulation is not sought for purposes of delay. At this time, the parties have conferred and believe that resolution short of continued litigation is possible and seek to focus their

---

[1] The United States filed a Notice of Substitution (ECF No. 3) pursuant to 28 U.S.C. § 2679(b)(1) and (d), which provides that suit against the United States, and not an individual, is the exclusive remedy for negligence claims against a government employee arising out of acts performed within the course and scope of employment.

time and resources toward those discussions.

Respectfully submitted this 13th day of February 2018.

| | |
|---|---|
| Law Office of Lisa A. Taylor | DAYLE ELIESON<br>United States Attorney |
| */s/ Lisa A. Taylor*<br>LISA A. TAYLOR.<br>5664 N. Rainbow Blvd.<br>Las Vegas Nevada 89130<br>*Attorney for Plaintiff* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>LINDSY ROBERTS<br>Assistant United States Attorneys<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

**Dated:** February 14, 2018

2