NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *mark.woolf@usdoj.gov*

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mid-Century Insurance Company, )<br><br>Plaintiff, )<br><br>v. )<br><br>United States of America, *et al.*, )<br><br>Defendants. )<br>_____ ) | Case No. 2:18-cv-00087-RFB-CWH<br><br>**Joint Motion for Extension of Time** |

Pursuant to the Court's Minute Order, ECF No. 23, Plaintiff Mid-Century Insurance Company and the United States of America, by and through their respective counsel, hereby file this notice and joint motion to extend time to finalize settlement.

The parties have conferred on multiple occasions since the Court's Minute Order, ECF No. 23, entered on February 5, 2019, and are currently exchanging information necessary to process final payment. It is believed that final payment will occur within fourteen days receipt of the information necessary for processing. Accordingly, the parties' seek an additional thirty days from today, or until ~~Wednesday, April 3, 2019~~, to submit dismissal paperwork. The parties do not seek this additional time for purposes of delay, but to finalize settlement prior to submitting a stipulation for dismissal.

Based on the foregoing, and good cause appearing, the parties request an additional

**Friday, April 12, 2019.**

thirty days, or until ~~Wednesday, April 3, 2019~~, to submit dismissal paperwork.

    Respectfully submitted this 4th day of March 2019.

Law Office of Lisa A. Taylor

NICHOLAS A. TRUTANIC
United States Attorney

*/s/ Lisa A. Taylor*
LISA A. TAYLOR.
5664 N. Rainbow Blvd.
Las Vegas Nevada 89130
*Attorney for Plaintiff*

*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorneys

*Attorneys for the United States*

**IT IS SO ORDERED.**

**Richard F. Boulware**
**United States District Judge**

Dated: April 9, 2019.

2