# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MID CENTURY INSURANCE COMPANY, | Case No. 2:18-cv-00087-RFB-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES ANTHONY SMITH, et al., | |
| Defendants. | |

On June 19, 2019, the court vacated the settlement conference set for June 20, 2019, after receiving telephonic notice from the government that the parties have settled. (Min. Order (ECF No. 32).) The court ordered the parties to file a stipulated dismissal or joint status report by July 19, 2019. (*Id.*) To date, the parties have not submitted a stipulated dismissal nor a joint status report.

IT IS THEREFORE ORDERED that the parties must file a stipulated dismissal or joint status report within 30 days from the date of this order. Failure to timely comply with this order will result in the issuance of an order to show cause.

DATED: July 29, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE