NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard S., Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Mark.Woolf@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mid-Century Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>United States, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00087-RFB-CWH<br><br>**Stipulation to Dismiss With Prejudice** |

The parties, through their undersigned counsel, hereby stipulate to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2), and with each party to bear their own costs and fees, including attorney's fees.

Respectfully submitted this 26th day of August 2019.

| | |
|---|---|
| Law Office of Lisa A. Taylor | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Lisa A. Taylor*<br>LISA A. TAYLOR.<br>5664 N. Rainbow Blvd.<br>Las Vegas Nevada 89130<br>*Attorney for Plaintiff* | */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of August, 2019.

1