JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
ccavanaugh@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendants/Cross-Claimants
*Anderson Moore and James Anthony Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MID CENTURY INSURANCE COMPANY, AS SUBROGEE OF SHERMAN KAPPE,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES ANTHONY SMITH; MISTER JONATHAN JACKSON III; ANDERSON MOORE; MALCO ENTERPRISES OF NEVADA, INC.; AND DOES I THROUGH X, INCLUSIVE,<br><br>Defendants.<br><hr>ANDERSON MOORE AND JAMES A. SMITH,<br><br>Cross-Claimants,<br><br>Vs.<br><br>MISTER JONATHAN JACKSON III; and MALCO ENTERPRISES OF NEVADA, INC.,<br><br>Cross-Defendants. | CASE NO.:   2:18-cv-00087-RFB-CWH<br><br><br><u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN ALL PARTIES TO THIS ACTION, through their undersigned counsel, that the above-referenced matter be dismissed in its entirety, with prejudice, each party to bear its own attorney's, fees, costs and interest.

This matter is not set for trial.

DATED this 28th day of August, 2019.

**KEATING** LAW GROUP

*/s/ Colin P. Cavanaugh*
JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorneys for Defendants/Cross-Claimants
*Anderson Moore and James Anthony Smith*

DATED this 28th day of August, 2019.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Mark E. Woolf*
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for the United States*

DATED this 28th day of August, 2019.

LAW OFFICE OF LISA A. TAYLOR

*/s/ Lisa A. Taylor*
LISA A. TAYLOR
Nevada Bar No. 8283
5664 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Attorney for Plaintiff
*Mid Century Insurance*

## ORDER

It is SO ORDERED.

DATED this ___ day of August, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KEATING LAW GROUP

*/s/ Colin P. Cavanaugh*
JOHN T. KEATING
Nevada Bar No. 6373
COLIN P. CAVANAUGH
Nevada Bar No. 13842
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorneys for Defendants/Cross-Claimants
*Anderson Moore and James Anthony Smith*